United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Jimmy A.,                              §
    *Plaintiff,*                    §
                                    §

v.                                     §     Civil Action No. H-25-1057
                                      §

Frank Bisignano,                       §
    *Defendant.*                    §

## <u>ORDER OF ADOPTION</u>

On March 2, 2026, Magistrate Judge Christina A. Bryan recommended that Plaintiff's motion for summary judgment be denied, Defendant's cross motion for summary judgment be granted, and that the Commissioner's decision be affirmed (Document No. 21). Plaintiff's Objections (Document No. 22) were filed out of time and are **OVERRULED**.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on March 20, 2026.



DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE